IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FELIPE PEREZ,

    Plaintiff,

vs.      No. CV 19-0939 KG/GBW

GREGG, MARCANTEL; SECRETARY OF CORRECTIONS
JOE, W. BOOKER, JR.; CHIEF DEPUTY SECRETARY
MARK, MYERS; CHIEF OF STAFF
ALEX, SANCHEZ; DEPUTY SECRETARY
GERMAN, FRANCO; DIRECTOR OF CORRECTIONS
ALISHA, LUCERO; ASSISTANT DIRECTOR OF CORRECTIONS,

    Defendants.

## JUDGMENT

THIS MATTER is before the Court under Fed. R. Civ. P. 41(b) on the Prisoner's Civil Rights Complaint filed by Plaintiff Felipe Perez on October 4, 2019 (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

IT IS ORDERED that JUDGMENT is entered and the Prisoner's Civil Rights Complaint filed by Plaintiff Felipe Perez on October 4, 2019 (Doc. 1) is DISMISSED without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE